**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SANDRA DOWLING and DENNIS DOWLING, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF JOSEPH ARPAIO and AVA ARPAIO, husband and wife; MARICOPA COUNTY BOARD OF SUPERVISORS; MARICOPA COUNTY, a Municipal entity; JOHN DOES I-X; JANE DOES I-X; BLACK CORPORATIONS I-V; and WHITE PARTNERSHIPS, I-V,<br><br>Defendants. | No. CV 09-1401-PHX-JAT<br><br>**ORDER** |

The Court having reviewed and considered Plaintiffs' Request for an Extension of Time to Complete Discovery and File Dispositive Motions, the Court does not find cause to extend the deadlines. In the order granting the fourth request to extend deadlines, on May 3, 2011, the Court advised the parties that there would be no further extension of these deadlines. This case has been pending in Federal Court since July 2, 2009, and the Court finds that two years was adequate time to conduct discovery in this case. Additionally, the "newly discovered" information that Plaintiffs claim caused the need to extend the discovery deadline was in Plaintiffs possession sufficiently in advance of the July 5, 2011 discovery deadline to complete discovery within the

deadline. Specifically, Plaintiffs have had the Babeu report since May 4, 2011, and took the Hendershott deposition on March 1, 2011. Thus, based on the foregoing,

IT IS ORDERED that the request to extend the discovery and dispositive motion deadlines (Doc. 195) is denied. This denial is without prejudice to Plaintiffs seeking other sanctions if Defendants failed to comply with the discovery rules or supplement their discovery responses.

Dated this 1st day of July, 2011.

*James A. Teilborg*
United States District Judge